McKELVIE v AUTO CLUB INSURANCE ASSOCIATION, No. 110215. Reported *ante,* 42.

PEOPLE v MEREDITH, No. 111977. Reported *ante,* 62.
CAVANAGH and KELLY, JJ. We would grant rehearing.

BOLT v CITY OF LANSING, No. 108511. Reported *ante,* 152.

*Rehearing Denied March 5, 1999:*